United States District Court
Southern District of Texas
**ENTERED**
November 25, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| OSMAN GONI, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-720 |
| | § | |
| MICHAEL J. PITTS, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Osman Goni moves to "dismiss his Petition for Writ of Habeas Corpus without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2)" to "pursue his constitutional and statutory challenges to his continued immigration detention in the Eastern District of Michigan[.]" (Motion, Doc. 8, ¶ 5) Respondents do not oppose the requested relief. (*Id.* at ¶ 6)

Federal Rule of Civil Procedure 41(a)(2) provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper[.]" "Voluntary dismissal under Rule 41(a)(2) is a matter within the sound discretion of the district court." *Templeton v. Nedlloyd Lines*, 901 F.2d 1273, 1274 (5th Cir. 1990). "[A]s a general rule, motions for voluntary dismissal should be freely granted unless the non-moving party will suffer some plain legal prejudice other than the mere prospect of a second lawsuit." *Elbaor v. Tripath Imaging, Inc.*, 279 F.3d 314, 317 (5th Cir. 2002). Here, based on the record and the applicable law, the Court finds dismissal proper.

Accordingly, it is:

**ORDERED** that Petitioner Osman Gonis's Unopposed Motion for Voluntary Dismissal (Doc. 8) is **GRANTED**; and

**ORDERED** that Petitioner Osman Gonis's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED** without prejudice.

The Clerk of Court is directed to close this matter.

Signed on November 25, 2026.

Fernando Rodriguez, Jr.
United States District Judge